UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN BARRETO,<br><br>        Plaintiff,<br><br>    -v-<br><br>NABISCO HOLDINGS CORPORATION, MONDELEZ INTERNATIONAL, INC., DAWN SPRAGUE, and JEFFREY POET,<br><br>        Defendants. | Civil Action No. 2:21-cv-2404<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Mondelēz Global LLC (incorrectly named as "Mondelez International, Inc."), by and through its attorneys, Littler Mendelson, P.C., hereby submits its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1:

1. Mondelēz Global, LLC is the U.S. operating company of Mondelēz International, Inc. Mondelēz Global, LLC is 100% owned by Mondelēz International, Inc., and Mondelēz International, Inc. is the sole owner and member of Mondelēz Global, LLC.

2. There is no publicly held corporation that owns 10 percent or more of Mondelēz International, Inc.'s stock.

Dated: June 10, 2021

                                              **LITTLER MENDELSON, PC**
                                              *Attorneys for Defendants*
                                              Mondelez Global, LLC

                                              *s/ Amber Spataro*
                                              Amber Spataro
                                              One Newark Center, 8th Floor
                                              Newark, New Jersey 07102
                                              Telephone: (973) 848-4745
                                              aspataro@littler.com